IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LISA LUTTRELL                                                                          PLAINTIFF

v.                           NO. 3:17-cv-00171 PSH

NANCY A. BERRYHILL, Acting Commissioner                                  DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 22nd day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE